UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FIRST NATIONAL COLLECTION
BUREAU, INC., TELEPHONE CONSUMER
PROTECTION ACT (TCPA) LITIGATION    MDL No. 2527

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On April 8, 2014, the Panel transferred 2 civil action(s) to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Kent J Dawson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Nevada and assigned to Judge Dawson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Nevada for the reasons stated in the order of April 8, 2014, and, with the consent of that court, assigned to the Honorable Kent J Dawson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 16, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 4/16/2014
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By___/s/ Summer Rivera___Deputy Clerk

**IN RE: FIRST NATIONAL COLLECTION
BUREAU, INC., TELEPHONE CONSUMER
PROTECTION ACT (TCPA) LITIGATION**  MDL No. 2527

### SCHEDULE CTO−1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 13−00524 | Brown v. First National Collection Bureau, Inc. |