UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: FIRST NATIONAL COLLECTION BUREAU, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION | : : : : : : | MDL No. 2527  Case No. 2:14-CV-557-KJD-CWH (Base File) |
| THIS DOCUMENT RELATES TO: Case No.:  2:14-CV-00677 (Brown v. FNCB, Inc.) | : : : : | JOINT STATUS REPORT |

Plaintiff Dennis Brown and Defendant First National Collection Bureau, Inc. (collectively "the Parties") submit this Joint Status Report pursuant to the June 16, 2014 Court Order (Doc. #10).  The Parties have entered into and executed a Settlement Agreement.  The parties are employing the process provided for in their Agreement to resolve remaining issues and will report back to the Court on this matter within 30 days. To the extent the remaining issues are resolved prior to 30 days, the Parties will file a stipulation of dismissal and a proposed order to the Court.


Respectfully submitted,

/s/Jeffrey S. Goldenberg
JEFFREY S. GOLDENBERG
TODD B. NAYLOR
ROBERT SHERWOOD
GOLDENBERG SCHNEIDER, LPA
*Counsel for Dennis Brown*
One West Fourth Street, 18th Floor
Cincinnati, OH  45202
Tel:  (513) 345-8291
Fax:  (513) 345-8294
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com
rsherwood@gs-legal.com

/s/Brian M. Spiess
GEORGE D. JONSON (0027124)
BRIAN M. SPIESS (0085049)
MONTGOMERY, RENNIE 7 JONSON
*Counsel for First National Collection Bureau, Inc.*
36 East Seventh Street, Suite 2100
Cincinnati, OH  45202
Tel: (513) 241-4722
Fax: (513) 241-8775
gjonson@mrjlaw.com
bspiess@mrjlaw.com

/s/Christian A. Jenkins
CHRISTIAN A. JENKINS
NIROSHAN M. WIJESOORIYA
MINNILLO & JENKINS, LPA
*Counsel for Dennis Brown*
2712 Observatory Avenue
Cincinnati, OH  45202
Tel:  (513) 723-1600
Fax:  (513) 345-1620
EM:  cjenkins@minnillojenkins.com
niro@minnillojenkins.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below counsel of record:

Todd M. Friedman
tfriedman@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
369 Doheny Drive, Suite 415
Beverly Hills, CA  90211

Sayed Abbas Kazerounian
ak@kazlg.com
Matthew M. Loker
ml@kazlg.com
Kazerouni Law Group, APC
245 Fisher Avenue, Suite D1
Costa Mesa, CA  92626

Joshua B. Swigart
josh@westcoastlitigation.com
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA  92108

***Attorneys for Plaintiff Claudette Neal***

Douglas J. Campion
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Suite 303
San Diego, CA  92108

Daniel G. Shay
danielshay@sandiegobankruptcynow.com
Law Offices of Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108

Ronald A. Marron
ron@consumersadvocate.com
Alexis M. Wood
alexis@comsumersadvocates.com
Kas L. Gallucci
kas@consumersadvocates.com
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA  92103

***Attorneys for Plaintiff Nanette Hunter***


Rafey S. Balabanian
rbalabanian@edelson.com
Christopher L. Dore
cdore@edelson.com
Benjamin H. Richman
brichman@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL  60654

Marc P. Cook
cnklawfirm@aol.com
Bailus Cook & Kelesis, Ltd.
400 S. 4th Street, Suite 300
Las Vegas, NV  89101

***Attorneys for Plaintiff Jessica Beell***


Gary J. Lorch
glorch@gordonrees.com
Amy Maclear
amaclear@gordonrees.com
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

Issa Kalani Moe
moei@moss-barnett.com
Moss & Barnett P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

Christopher D. Holt
cholt@klinedinstlaw.com
Klinedinst PC
5 Hutton Center Drive, Suite 1000
Santa Ana, CA  92707

Stephanie J. Smith
sjsmith@gordonrees.com
Robert E. Schumacher
rschumacher@gordonrees.com
Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV  89169

James Charles Kezele
Kevin R. Feazell
Cors & Bassett LLC
537 E. Pete Rose Way
Suite 400
Cincinnati, Ohio  45202

Rex Garner
rdg@morrislawgroup.com
Robert R. McCoy
rrm@morrislawgroup.com
Morris Law Group
900 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV  89101

Joan M. Borzcik
Gordon & Rees LLP
101 West Broadway
Suite 2000
San Diego, CA  92101

***Attorneys for Defendant First National Collection Bureau, Inc.***

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg