Jay Edelson
jdelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Marc P. Cook
cnklawfirm@aol.com
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, Nevada 89101
Tel: 702.737.7702

[Additional counsel included in signature block.]

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: FIRST NATIONAL COLLECTION BUREAU, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2527<br><br>Case No. 2:14-CV-557-KJD-CWH<br>(Base File) |

## STIPULATION FOR EXTENSION OF TIME
### (First Request)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Civil Local Rules 6-1 and 26-4, Plaintiffs Jessica Beell, Claudette Neal, and Nanette Hunter ("Plaintiffs") and Defendant First National Collection Bureau, Inc. ("FNCB") (collectively "the Parties") hereby stipulate and agree to jointly move the Court for an Order modifying and extending the dates set forth in the Court's Scheduling Order dated June 14, 2014. (Dkt. 9.) In support of their joint motion, the Parties state as follows:

1.      On June 16, 2014, this Court entered its Scheduling Order, holding that discovery would proceed in a non-bifurcated fashion, and adopting the dates set forth in the Parties' proposed Joint Discovery Plan. (Dkt. 9.)

2.      Pursuant to that Order, the Court established a fact discovery cutoff date of April 21, 2015, and a February 27, 2015 deadline for Plaintiffs to file their motion for class certification, among others. (Dkt. 5 at 5–6.)

3.      Since the Court entered its Scheduling Order, the Parties have diligently attempted to meet those deadlines and complete discovery, while simultaneously negotiating the potential resolution of plaintiffs' claims, and otherwise continuing to confer on their respective views of the claims and defenses at issue.

4.      Specifically, Plaintiffs have served Interrogatories, as well as seventy-nine Requests for the Production of Documents. The Parties are in the process of evaluating Plaintiffs' discovery requests, and have agreed that Defendant may provide a rolling production of responsive documents. Additionally, pursuant to the Court's Scheduling Order, Plaintiffs have disclosed to FNCB the identity of their expert, and have agreed that Defendant's disclosure shall follow its document production.

5.      Once Defendant's production is complete, the Parties will need to take the appropriate depositions, including expert depositions.

6.      Despite the Parties' efforts to proceed efficiently, and in light of their ongoing efforts toward potential resolution, they require an extension of the dates set forth in the Scheduling Order. Specifically, because of the volume of documents encompassed by Plaintiffs' discovery requests, the Parties will not be able to complete the remaining discovery in compliance with the deadlines established by the Scheduling Order. As such, good cause exists to modify the Court's scheduling order. *See Visa Intern. Service Ass'n v. JSL Corp.*, No. 01-cv-294, 2006 WL 3249384, at *4 (D. Nev. Nov. 7, 2006) (finding good cause where party seeking extension had conducted discovery and no prejudice would result from extension). Accordingly, the Parties request that this Court enter its Order, modifying the June 16, 2014 Scheduling Order, and providing for an extension of seventy-five (75) days for all remaining dates set forth in that

Scheduling Order.

7. This motion is not being made for purposes of delay, and it is the Parties' first requested extension of time. The Parties believe that the relief requested herein will enable them to complete the outstanding discovery, continue to attempt to resolve the consolidated actions, and to otherwise prepare to proceed with the litigation of this matter.

WHEREFORE, the Parties jointly move this Court to enter an order extending all remaining dates set forth in its existing Scheduling Order by seventy-five days, establishing the following deadlines;

- Deadline to Complete Class and Merits Discovery: July 6, 2015;
- Deadline for Completion of Expert Discovery Relating to Class Certification: April 22, 2015;
- Plaintiffs' Deadline to File Motion for Class Certification: May 13, 2015;
- Defendant's Deadline to File Opposition to Motion for Class Certification: June 3, 2015;
- Plaintiffs' Deadline to File Reply in Support of Motion for Class Certification: June 17, 2015.

and granting any further relief it deems equitable and just.

IT IS SO STIPULATED

| | |
|---|---|
| **Dated:** February 6, 2015 | **Dated:** February 6, 2015 |
| *s/* J. Dominick Larry | *s/* Amy P. Maclear |
| Jay Edelson<br>jedelson@edelson.com<br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>Christopher L. Dore<br>cdore@edelson.com<br>J. Dominick Larry<br>nlarry@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | David Gutke<br>dgutke@gordonrees.com<br>Robert E. Schumacher<br>rschumacher@gordonrees.com<br>Gordon & Rees LLP<br>3770 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89169<br>Tel: 702.577.9300<br>Fax: 702.255.2858 |

|   |   |
|---|---|
| 1  | Marc P. Cook |
|    | cnklawfirm@aol.com |
| 2  | BAILUS COOK & KELESIS, LTD. |
|    | 517 South 9th Street |
| 3  | Las Vegas, Nevada 89101 |
|    | Tel: 702.737.7702 |

Marc P. Cook
cnklawfirm@aol.com
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, Nevada 89101
Tel: 702.737.7702

*Attorneys for Plaintiff Jessica Beell*

Joshua Swigart
josh@westcoastlitigation.com
HYDE & SWIGART
2221 Camino del Rio Street, Suite 101
San Diego, California 92108
Tel: 619.233.7770
Fax: 619.297.1022

Matthew M. Loker
ml@kazlg.com
KAZEROUNI LAW GROUP, APC
1075 Court St., Suite 207
San Luis Obispo, California 93401
Tel: 800.400.6808 x5
Fax: 800.520.5523

Sayed Abbas Kazerounian
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Tel: 800.400.6808
Fax: 800.620.5523

Todd M. Friedman
tfriedman@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, PC
369 S. Doheny Dr., Suite 415
Beverly Hills, California 90211
Tel: 877.206.4741
Fax: 866.633.0228

*Attorneys for Plaintiff Claudette Neal*

Ronald A. Marron
ron@consumersadvocates.com
Alexis M. Wood
alexis@consumersadvocates.com
Kas L. Gallucci
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.9006

Gary J. Lorch
glorch@gordonrees.com
Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, California 90071
Tel: 213.576.5000

Amy P. Maclear
amaclear@gordonrees.com
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

*Attorneys for Defendant First National Collection Bureau, Inc.*

Daniel G. Shay
danielshay@tcpafdcpa.com
LAW OFFICE OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
Tel: 619.222.7429
Fax: 866.431.3292

Douglas J. Campion
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax 619.858.0034

*Attorneys for Plaintiff Nanette Hunter*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated:_____

**CERTIFICATE OF SERVICE**

I, J. Dominick Larry, an attorney, certify that on February 6, 2015, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF system.

                                          s/ J. Dominick Larry